1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LAMAR JUSTIN JACKSON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. Cr. S 04-205 GEB
                                   )
12              Plaintiff,         )  **STIPULATED MOTION and [lodged]**
                                   )  **ORDER TO REDUCE SENTENCE PURSUANT**
13     v.                          )  **TO 18 U.S.C. § 3582(c)(2)**
                                   )
14 LAMAR JUSTIN JACKSON,           )  **RETROACTIVE CRACK COCAINE REDUCTION**
                                   )  **CASE**
15              Defendant.         )
                                   )
16 _____ )  Judge: Hon. GARLAND E. BURRELL, Jr.

17      Defendant, LAMAR JUSTIN JACKSON, by and through his attorney,

18 Assistant Federal Defender David M. Porter, and plaintiff, UNITED

19 STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney

20 MARY L. GRAD, hereby stipulate as follows:

21      1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22 term of imprisonment in the case of a defendant who has been sentenced

23 to a term of imprisonment based on a sentencing range that has

24 subsequently been lowered by the Sentencing Commission pursuant to 28

25 U.S.C. § 994(o);

26      2.   The sentencing range applicable to Mr. Jackson was

27 subsequently lowered by the United States Sentencing Commission in

28 Amendment 706 by two levels;

1    3.   Accordingly, Mr. Jackson's adjusted offense level has been
2 reduced from 29 to 27, and a sentence at the low end of the new
3 guideline range with a departure comparable to the 15% reduction he
4 received at the original sentencing would be 67 months;
5    4.   Accordingly, the parties request the court enter the order
6 lodged herewith reducing Mr. Jackson's term of imprisonment to 67
7 months.
8 Dated:  July 16, 2008
9 Respectfully submitted,

10 McGREGOR SCOTT                      DANIEL J. BRODERICK
   United States Attorney              Federal Defender

    /s/ *Mary L. Grad*                  /s/ *David M. Porter*
13 MARY L. GRAD                        DAVID M. PORTER
   Assistant U.S. Attorney             Assistant Federal Defender

   Attorney for Plaintiff              Attorney for Movant
15 UNITED STATES OF AMERICA            LAMAR JUSTIN JACKSON

## ORDER

17    This matter came before the Court on the stipulated motion of the
18 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
19    On February 11, 2005, this Court sentenced Mr. Jackson to a term
20 of imprisonment of 84 months.  The parties agree, and the Court finds,
21 that Mr. Jackson is entitled to the benefit of the retroactive
22 amendment reducing crack cocaine penalties, which reduces the
23 applicable offense level from 29 to 27.
24    IT IS HEREBY ORDERED that the term of imprisonment originally
25 imposed is reduced to 67 months;
26    IT IS FURTHER ORDERED that all other terms and provisions of the
27 original judgment remain in effect.
28    Unless otherwise ordered, Mr. Jackson shall report to the United

STIPULATION AND ORDER TO REDUCE SENTENCE

1 States Probation office closest to the release destination within
2 seventy-two hours after his release.
3 Dated: July 21, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND ORDER TO REDUCE SENTENCE
-3-